UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MURPHY, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas Corporation,<br><br>Defendant. | Case No. 2:20-cv-00507-TLN-DB<br><br>**ORDER GRANTING MOTION TO WITHDRAW JOANNA E. MACMILLAN AS COUNSEL FOR DEFENDANT** |

# **ORDER**

Having reviewed and considered Defendant Sprint/United Management Company ("Defendant") Request for Withdrawal, the Court hereby orders that Joanna E. MacMillan be removed as counsel of record for Defendant Sprint/United Management Company in the above-captioned case.

IT IS SO ORDERED.

DATED: March 7, 2022

Troy L. Nunley
United States District Judge