1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MURPHY, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas Corporation,<br><br>　　　　　　　　Defendant. | Case Number: 2:20-CV-00507-TLN - DB<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING DISMISSAL**<br><br>**Judge:**　　Hon. Troy L. Nunley<br><br>Complaint Filed:　March 5, 2020<br>Trial Date:　　　Case Stayed |

Plaintiff Christopher Murphy ("Plaintiff") and Defendant Sprint/United Management Company ("Sprint" or "Defendant"), (collectively, the "parties"), by counsel, having filed their Joint Stipulation of Dismissal of Plaintiff's Individual Claims with Prejudice and Plaintiff's Class and Representative Claims without Prejudice, and the Court, having been duly advised and finding good cause therein, now finds as follows:

**IT IS THEREFORE ORDERED** that all individual claims of Plaintiff Christopher Murphy against Defendant are dismissed, with prejudice. Plaintiff's class and representative PAGA claims against Defendant are dismissed without prejudice. Unless specified otherwise in the individual settlement agreement between the parties, Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date: March 30, 2022

Troy L. Nunley
United States District Judge